**DOWNTOWN SPORTS, INC., Plaintiff–Counter Defendant–Appellant,**

**Metrotainment Cafes, Inc., Plaintiff–Appellant,**

**Jeffrey Landau, Amy Landau, Counter Defendants–Appellants,**

**v.**

**LEGACY AH, LLC, David D. Marvin, Defendants–Counter Claimants–Appellees.**

**No. 11–15580**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

May 25, 2012.

Bryan E. Busch, Jason Brian Godwin, Busch, Slipakoff & Schuh, LLP, Atlanta, GA, for Plaintiff–Appellant.

J. James Johnson, Schklar & Heim, LLC, Atlanta, GA, for Defendants–Appellees.

Before BARKETT, PRYOR and COX, Circuit Judges.

**PER CURIAM:**

The district court granted Legacy AH, LLC's motion for summary judgment on its Counterclaim against Downtown Sports, Inc., Jeffrey Landau, and Amy Landau ("Counterclaim Defendants"). The Counterclaim Defendants appeal, presenting a single issue; they contend that the district court's summary judgment order "erroneously interpreted Georgia state case law, particularly *Savannah Yacht Corp. v. Thunderbolt Marine, Inc.,* 297 Ga.App. 104, 676 S.E.2d 728 (2009)." (Appellants' Br. at 9.)

We have carefully considered the arguments of the parties and conclude that the Counterclaim Defendants' arguments were properly rejected by the district court for the reasons explained in the court's well-reasoned opinion. (*See* Opinion & Order, Dkt.134 at 26–45.)

**AFFIRMED.**